

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2014

No. 04-14-00397-CV

**IN THE INTEREST OF S.D.A., S.A.A., D.S.A.,** Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM506191
Honorable Eric Rodriguez, Judge Presiding

## O R D E R

The Appellant's Request for Extension of Time to File Brief is GRANTED. The appellant's brief is due on October 13, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court